

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 3 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

FILE COPY

RE: Case No. 14-0524                    DATE: 3/30/2015
    COA #: 12-13-00075-CV      TC#: 08CV30196
STYLE: KEY ENERGY SERVICES, LLC
    v. SHELBY COUNTY APPRAISAL DISTRICT
    Petitioner's motion for rehearing was this day
filed in the above styled and numbered case.




                    MS. CATHY S. LUSK
                    CLERK, TWELFTH COURT OF APPEALS
                    1517 WEST FRONT, SUITE 354
                    TYLER, TX  75702